COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Richard Paul Smith v. The State of Texas

Appellate case number:   01-14-00363-CR

Trial court case number:  1388225

Trial court:                  185th District Court of Harris County

State's Exhibit 1 (CD), was admitted into evidence at trial in the above case. This Court, acting *sua sponte,* orders the Harris County District Clerk, or the court reporter if the exhibit is still in his or her possession, to send the original of State's Exhibit 1 (CD), to this Court. The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* TEX. R. APP P. 34.6(G)(2).

The exhibit is due in this Court no later than Tuesday, February 17, 2015.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                        x  Acting individually      ☐ Acting for the Court

Date:  February 9, 2015.